# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

## CIVILRIGHTS COMPLAINT FORM

Tiera Debriah Crear DC# H48131

CASE NUMBER: 5:23-CV-00355-TPB

5:24-cv-136-KKM-PRL

v.

FNV, DR. HUNT
FNV, ROSSITIER
FW, TOSI

I. PLACE OF PRESENT CONFINEMENT: FLORIDA WOMEN RECEPTION CENTER
3700 N. W. 111TH Place
Ocala, Florida 34482

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:**
Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

# **CIVIL RIGHTS COMPLAINT INFORMATION LETTER**

**TIERA D. CREAR DC# H48131
CASE NO: 5:23-CV-355-TPR-RRC
DATE: 03-06-2024**

My name is **Tiera D. Crear,** I am an inmate in the Florida Department of Correction. I am currently housed at Florida Women Reception Center, 3700 N. W. 111TH Place, Ocala, Florida 34482. I recently filed a Federal *pro se* Litigant 1983 Prisoners Civil Rights Complaint Against, against several individuals, one is a Doctor the other two are State Employees, Hunt, Rossitier, Tosi. I received notification of a Judgment, from the District Court: *"Amended Motion Dismissed Without Prejudice,* entered 11-07-2023, signed by Deputy Clerk Honorable Judge Thomas P. Barber. I'm writing this complaint with regards to Violation of my American With Disabilities Act of 1990 (*42 U.S.C. 12101*). I'm filing this Federal Habeas Corpus Motion. I believe that I am wrongfully labeled and diagnosed by Doctor Hunt, and Doctor Benoit while I was housed at Lowell Correctional Institution. I started seeking health care/medical services around 2019- 2022. I have been going back and forth in between institutions (*the Main Unit and the Annex)* since we were shut down under Government direction for Covid-19 pandemic. This started three (3) years ago. I was housed at Lowell C.I. back and forth

on Quarantine Medical lock-down when the state sent the C.D.C. in to give vaccine shots to prevent getting Covid-19. I got all three shots by medical staff on Quad 2. The remainder of this letter is enclosed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Original foregoing Notice to Invoke Discretionary Review was furnished to:

**UNITED STATES DISTRICT COURTS**
**MIDDLE DISTRICT (OCALA)**
**Golden-Collum Memorial Federal Building**
**207 N. W. SECOND Street**
**Suite 337**
**Ocala, Florida 34475-▓▓▓▓**
352-369-4860
for filing, and one (1) true copy was furnished to:

| HON. ASHLEY BROOKE MOODY | STATE ATTORNEY OFFICE |
|---|---|
| **Attorney General of Florida** | United States Attorney's Office |
| **ATTORNEY GENERAL'S** | Middle District of Florida |
| The Capitol PL-01 | 207 N. W. Second Street |
| Tallahassee, Fl 32399-1050 | Ocala, Florida 34475-▓▓▓▓ |

by First-Class U.S. Mail after I placed the same in the hand(s) of a prison official on this 10th day of March, 2024., for processing through approved outgoing prison legal mail channels.

Tiera Debriah Crear
Tiera D Crear   DC#H48131

**Tiera Debriah Crear   DC#H48131**
Florida Women's Reception Center
3700 N.W. 111th Place
Ocala, Florida 34482

Cynthia D. Wallace
Notary Public
State of Florida
Comm# HH163751
Expires 9/3/2025



Form Approved: OMB No. 0945-0002
Expiration Date: 12/31/2025

**DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS)**
**OFFICE FOR CIVIL RIGHTS (OCR)**
# CIVIL RIGHTS AND CONSCIENCE COMPLAINT

*Please indicate one of the following:*
☐ Mr.  ☑ Ms.  ☐ Mx.

**FIRST NAME:** Tiera
**PREFERRED PRONOUN:** Debriah
**LAST NAME:** Crear

**PHONE (Please include area code):**
**PREFERRED DAYS/TIMES TO RECEIVE PHONE CALLS:**

**STREET ADDRESS:** 3700 N.W. 111th place
**CITY:** Ocala
**STATE:** Florida
**ZIP:** 34482
**E-MAIL ADDRESS:**

Have you previously filed a complaint with OCR? ☐ Yes ☑ No   If Yes, please provide OCR Transaction No: _____
Are you filing this complaint for someone else? ☐ Yes ☑ No
If Yes, whose civil rights or conscience and religious rights do you believe were violated?
**FIRST NAME:**
**LAST NAME:**

**If filing on behalf of someone else, what is your relationship to that person?**
☐ Parent/Legal Guardian   ☐ Personal Representative   ☐ Attorney   ☐ Family/Friend   ☐ Other Advocate

OCR will generally need the signed consent of that person to proceed with an investigation unless the person is a minor or is not legally competent. If you have documentation showing that you are legally authorized to act on behalf of the person, please provide supporting documentation.

**I believe that I have been (or someone else has been) discriminated against based on:**
☑ Race/Color             ☐ Pregnancy           ☑ Disability
☐ National Origin        ☐ Sexual Orientation  ☐ Religion
☐ Limited English Proficiency  ☐ Gender Identity  ☑ Conscience
☐ Sex (☐ male, ☐ female, ☐ other)  ☐ Age       ☑ Other _____

Whom do you believe discriminated against you (or someone else)? OCR can only investigate discrimination complaints against institutions and agencies which receive funds from HHS or are local or state governmental entities providing health and social services in cases of disability discrimination. Please also be aware that OCR does *not* have authority over individual workforce members.

**AGENCY/ORGANIZATION:** Florida Department of Corrections Lowell Correctional Institution.
**STREET ADDRESS:** 11120 Northwest Gainesville Road
**CITY:** Ocala
**STATE:** Florida
**ZIP:** 34482
**PHONE (Please include area code):**
**E-MAIL ADDRESS:**

Have you, or the person on whose behalf you are filing, been a client or patient of the agency or organization? ☑ Yes ☐ No
Have you, or the person on whose behalf you are filing, been an employee of the agency or organization? ☐ Yes ☑ No

When do you believe that the discrimination or violation of conscience occurred? A discrimination complaint must be filed no later than 180 days from the date of the alleged discrimination unless the time for filing is extended by OCR.

**LIST DATE(S) ALLEGED VIOLATION OCCURRED:** 2023 | 2022 | 2019

Describe the acts of discrimination or violations of conscience (e.g., the specific actions taken by the agency or organization, or the specific services denied by the agency or organization). Please be specific.

Fla. Statute - Health Services FLa. 33.19.007 Constitutional rights of prisoners.

HHS-700 (07/2022)                                                Page 1 of 3

Provide the reasons that the actions, or the denial of services, described above were discriminatory or were violations of conscience. If you have checked multiple protected bases, please include the reasons you believe you, or the person on whose behalf you filed, were discriminated against for *each* basis. (Attach additional pages as needed and any relevant documents)

> Please see Attached letters

(If alleging discrimination based on disability) Please indicate whether (1) the agency or organization was aware of your disability; and (2) if you requested (and were denied) a reasonable modification.

> I have been Incarcerated since 2016 here in the custody of the Department of Corrections and the Secretary of the Department had Acknowledge of Medical neglance and I was hospitalized Ron Desantis was contacted too Also. I have been two four prisons.

Have you attempted to resolve this matter with the agency or organization against which you are filing? If yes, please describe those efforts and provide copies of any relevant documents.

> I have taken Steps too write grevences and wrote A Personal Letter too the Medical Director In Tallahassee while being housed at Lowell Corrections do to shortage of Staff and Government Shutdown the Department of Corrections was not Providing Any Health Care services funding.

Do you have any witnesses? If yes, please provide name(s) and contact information.

| WITNESS NAME(S) | E-MAIL ADDRESS | PHONE (Please include area code) |
|---|---|---|
| Jarred Lynn Sewells.R | | 863-229-9960 |
| Anthony Filmore | | 212-470-7377 |

What resolution are you seeking (e.g., access to services, an interpreter for future appointments, staff training, etc.)?

> Compsation / file charges

Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.

SIGNATURE: Tieec Deborah Crear
DATE (mm/dd/yyyy): 03/09/2024

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Section 1557 of the Affordable Care Act, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, Title II of the Americans with Disabilities Act and their implementing regulations. It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate, or retaliate against you for filing a complaint or for taking any other action to enforce your rights under these Federal civil rights laws. OCR also collects information in order to enforce Section 1553 of the Affordable Care Act, the Church Amendments, the Coats-Snowe Amendment, the Weldon Amendment, as well as other Federal civil rights and conscience protection and religious liberty statutes. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's website at: www.hhs.gov/ocr/civilrights and conscience/complaints/index.html. To mail a complaint, please see page 2 of this form for the mailing address.

The remaining information on this form is optional. Failure to answer these voluntary questions will not affect OCR's decision to process your complaint.

**Do you need special accommodations for OCR to communicate with you about this complaint?** (*Check all that apply*)

☐ Braille  ☐ Large Print  ☒ TDD  ☐ Other (*specify*): ____

☐ Interpreter (*specify language*): English

---

**If we cannot reach you directly, is there someone we can contact to help us reach you?**

FIRST NAME: Jarred Lynn Sewell S.R.
LAST NAME: Sewell
PHONE (Please include area code): 863-229-9960
STREET ADDRESS: 737 West Bridgers Ave.
CITY: Auburndale
STATE: Florida
ZIP: 33823
E-MAIL ADDRESS:

**Have you filed your complaint anywhere else? If so, please provide the following.**

NAME(S) OF AGENCY / ORGANIZATION / COURT: Homestead Correctional Intitution / Lowell Correctional Intitution

DATE(S) FILED:
CASE NUMBER(S) (If known): 5:23-CV-00355-TPB / 5:23-CV-480-JLB-PRL

Has your complaint been accepted by the other agency/organization/court?  ☐ Yes  ☒ No
Has there been a decision or a determination?  ☐ Yes  ☒ No

If yes, please provide a copy of that decision or determination.

To help us better serve the public, please provide the following optional information for the person you believe was discriminated against (*you or the person on whose behalf you are filing*).

**ETHNICITY** (*select one*)
☐ Hispanic or Latino
☐ Not Hispanic or Latino

**RACE** (*select one or more*)
☐ American Indian or Alaska Native
☒ Black or African American
☐ Asian
☐ White
☐ Middle Eastern or North African
☐ Other (*specify*):
☐ Native Hawaiian or Other Pacific Islander

PRIMARY LANGUAGE SPOKEN (*if other than English*): English

To submit a complaint, please type or print, sign, and return completed complaint form package (*including consent form*) to the OCR Headquarters address below.

---

**U.S. Department of Health and Human Services**
Office for Civil Rights Centralized
Case Management Operations
200 Independence Ave., S.W. Suite 515F, HHH Building
Washington, D.C. 20201
Customer Response Center: (800) 368-1019
Fax: (202) 619-3818
TDD: (800) 537-7697
Email: ocrmail@hhs.gov

---

**Burden Statement**
Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201. **Please do not mail complaint form to this address.**



Form Approved: OMB No. 0945-0002
Expiration Date: 12/31/2025

# CONSENT FORM

The Department of Health and Human Services' (HHS) Office for Civil Rights (OCR) has the authority to collect and receive material and information about an individual, including personnel and medical records, when they are relevant to its investigation.

To investigate a complaint, OCR may need to disclose the individual's name and other identifying information about the individual to persons at the entity or agency under investigation or to other persons, agencies, or entities. In some circumstances, OCR may refer a complaint to another government agency, as warranted.

The Privacy Act of 1974 protects certain federal records that contain personally identifiable information and, with your consent, allows OCR to use an individual's name or other personal information, if necessary, to investigate a complaint.

Consent is voluntary, and it is not always needed in order to investigate a complaint; however, failure to give consent is likely to impede the investigation of a complaint and may result in the closure of the case.

Additionally, OCR may disclose information, including medical records and other personal information, which it has gathered during the course of its investigation in order to comply with a request under the Freedom of Information Act (FOIA) and may refer a complaint to another appropriate agency.

Under FOIA, OCR may be required to release information regarding the investigation of a complaint; however, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

OCR will use any applicable protections in that law to safeguard information which could identify an individual, or that, if released, could constitute a clearly unwarranted invasion of personal privacy. OCR may be required to release some information regarding the investigation of a complaint under the Freedom of Information Act (FOIA).

Please read and review the documents entitled *Notice to Complainants and Other Individuals Asked to Supply Information to the Office for Civil Rights* and *Protecting Personal Information in Complaint Investigations* for further information regarding how OCR may obtain, use, and disclose your information while investigating your complaint.

**In order to expedite the investigation of this complaint if it is accepted by OCR, please read, sign, and return one copy of this consent form to OCR with your complaint. Please make one copy for your records.**

*Complaint Consent Form (rev. 07/2022)*                                           *Page 1 of 6*



Form Approved: OMB No. 0945-0002
Expiration Date: 12/31/2025

- I understand that in the course of the investigation of this complaint it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose information which it has gathered as part of its investigation of this complaint.

- In addition, I understand that I may be covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because the individual has made a complaint, testified, assisted, in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS's investigation, conciliation, or enforcement process.

**After reading the above information, please check ONLY ONE of the following boxes:**

[✓] **CONSENT:** I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

[ ] **CONSENT DENIED:** I have read, and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of this complaint and may result in closure of the investigation.

Signature: Tiera Debriah Creer    Date: March-09-2024

*Please sign and date this complaint. You do not need to signif submitting this form by email because submission by email represents your signature.*

Name (Please print): Tiera Debriah Creer

Address: Florida Womens Reception Center 3700. NW 111th place ocala, fl-34475

Telephone Number: N|A